E-FILED
Wednesday, 25 March, 2020  08:37:03 AM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

### Central District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   20-MJ-6053 |
| | ) | |
| | ) | |
| | ) | |
| Rachel M. Miller | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 1, 2019_____ in the county of _____Peoria_____ in the _____Central_____ District of _____Illinois_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2251(a) and (e) | did knowingly use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, the defendant knowing and having reason to know that said visual depiction would be transmitted using any means and facility of interstate and foreign commerce, and said visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, and said visual depiction was actually transmitted using any means and facility of interstate and foreign commerce. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

c/Steven C. Smith

_____
*Complainant's signature*

TFO STEVEN C. SMITH, HSI
_____
*Printed name and title*

Sworn to me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1

s/Jonathan E. Hawley

Date:   _____03/25/2020_____

_____
*Judge's signature*

City and state:   Morton, IL

Jonathan E. Hawley, U.S. Magistrate Judge
_____
*Printed name and title*

**AFFIDAVIT**
**IN SUPPORT OF APPLICATION FOR A CRIMINAL COMPLAINT**

I, Steven C. Smith, being duly sworn on oath state the following:

1.     I am a Detective with the Washington, Illinois, Police Department and I have been employed as a police officer since 2003.  I am currently assigned as a Task Force Officer (TFO) with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in Springfield, Illinois.  As part of my responsibilities as an HSI TFO, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in various forms of media including computer media.  I have received training in the area of peer-to-peer trading of child pornography and other files and child exploitation offenses.  I have been the affiant for over 15 state search warrants and over 100 state arrest warrants.  I have also participated in the execution of numerous state and federal search warrants that were based on alleged child exploitation and/or child pornography offenses.

2.     This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information provided by other law enforcement agents involved in this and other computer crime investigations.

3.      Since this affidavit is being submitted for the limited purpose of securing

an arrest warrant, I have not included each and every fact known to me concerning this

investigation.

4.      I am thoroughly familiar with the information contained in this affidavit,

which I have learned through my investigation, information from other law

enforcement officers, and review of documents.  I respectfully submit there is probable

cause to believe that the following violations of 18 U.S.C. §§ 2252 and 2252A, which

make it a federal crime for any person to knowingly receive, distribute and possess

child pornography, have been committed.

5.      In summary, your affiant believes probable cause exist that shows Rachel

M. Miller did produce a video depicting herself using her fingers to fondle the penis of

a prepubescent male, and then sent the video through the Internet.


### PROBABLE CAUSE

### CYBERTIPLINE REPORT # 61109977 – GOOGLE INC.

6.      Google, Inc. ("Google") is an electronic service provider headquartered at

1600 Amphitheatre Parkway, Mountain View, California 94043 and operates the

publicly accessible website www.google.com. Since their debut, Google currently

maintains a variety of online content products and services and they are ranked as one

of the most frequently visited web sites in the United States.

7. In December 2019, Google reported a series of cyber-tips (CTR) to National Center for Missing and Exploited Children (NCMEC) regarding a Google user in Illinois who was uploading apparent child pornography to Google servers.

8. On or about December 13, 2019, Google reported to the NCMEC that the user "King.Green1990@gmail.com," uploaded seven files that Google suspected of containing illegal content. According to the CTR, the incident type is "Apparent Child Pornography."

9. The CTR also notes,

a. "Google identifies and reports child sexual abuse imagery in accordance with federal statutory definition of child pornography as referenced in 18 USC 2256. Generally, if a report does not contain an upload IP, it may be because Google does not have the information accessible at the time of the report. To the extent that Google does have a record of the upload IP, it can be disclosed in response to valid legal process.

b. Account information such as IP addresses and user provided information (such as SMS number or secondary e-mail address or Date of Birth) may change over time and/or reflect user provided data that may be inaccurate. This information should be investigated and confirmed independently.

c. Any account reported in this Cybertip may or may not be disabled in the course of making the report. For information on which legal process is required for various types of data associated with Google's products and

services, please refer to our Transparency Report available here

http://www.google.com/transparencyreport/userdatarequests/legalprocess/.

      d.      If you intend to seek additional data from Google, please reference

this and any related CyberTip number(s) prominently in your legal process.

      e.      With respect to the portion of this CyberTip containing the

heading: "Was File Reviewed by Company?", when Google responds "Yes" it

means the contents of the file reported were viewed by a person concurrently to

or immediately preceding the sending of the CyberTip.

      f.      When Google responds "No", it means that while the contents of

the file were not reviewed concurrently to making the report, historically a

person had reviewed a file whose hash (or digital fingerprint) matched the hash

of the reported image and determined it contained apparent child pornography."

10.      The CTR notes the following about the Google user:

      a.      Name: Sebastian Sale

      b.      Mobile Phone: +13093405389 (Verified 11-02-2017 13:09:17 UTC)

      c.      Mobile Phone: +13094045225 (Verified 11-06-2019 15:30:27 UTC)

      d.      Email Address: king.green1990@gmail.com (Verified)

      e.      Email Address: king_green1990@yahoo.com

11.      The CTR notes the following IP Address, listed below by IP Address, type

of activity, date and time of the activity, and who owns the IP Address according to the

American Registry of Internet Numbers (ARIN).

a.      2601:247:4003:cc50:f972:2710:a8a6:a549 (Login) - 12-09-2019 20:41:48

UTC (Comcast Cable Communications, LLC)

b.      73.110.34.70 (Login) - 12-03-2019 13:25:33 UTC (Comcast IP

Services, LLC)

c.      2601:247:4003:cc50:80c1:ee26:5c84:fd31 (Login) - 12-02-2019 12:15:18

UTC (Comcast Cable Communications, LLC)

d.      2600:1:9284:719e:0:55:24c8:9601 (Login) - 11-06-2019 15:32:55 UTC

(Sprint Chicago POP)

e.      2607:fb90:a2f6:9247:0:6:9426:8301 (Login) - 09-28-2019 04:46:18 UTC

(T-Mobile USA, Inc.)

f.      73.110.34.3 (Login) - 09-01-2019 18:43:57 UTC (Comcast IP Services,

LLC)

g.      96.74.173.169 (Login) - 09-01-2019 18:33:52 UTC (Comcast Cable

Communications, LLC)

h.      2607:fb90:a3a5:188b:0:9:f6a0:6b01 (Login) - 08-03-2019 08:24:42 UTC

(T-Mobile USA, Inc.)

i.      66.41.61.163 (Login) - 04-03-2019 11:14:52 UTC (Comcast Cable

Communications Holdings, LLC).

12.     The CTR also notes, "Google became aware of the reported content which

was stored in Google Photos Infrastructure."

13.     The CTR reflects the user uploaded the following files, which are listed

below by the Filename, MD5 hash value, Submittal ID, Original Filename Associated

with File, whether or not Google viewed the entire contents of the uploaded file, and

whether or not the contents of the uploaded files were publicly available.

    **a.**    **Filename: report_12314356780103999509**

MD5: 66588dec999a315a3ff84bb238efbd58

Submittal ID: 59f1db2fd99f96ff1f02833fade96753

Original Filename Associated with File: 2019-12-09.jpg

Did Reporting ESP view entire contents of uploaded file? No

Were entire contents of uploaded file publicly available? No

    **b.**    **Filename: report_12950133125923131497**

MD5: 78d6faac95de8e085ae5c7999fd6403f

Submittal ID: 04d855513140e12b21da2e9a50232326

Original Filename Associated with File: 2019-12-09.jpg

Did Reporting ESP view entire contents of uploaded file? No

Were entire contents of uploaded file publicly available? No

    c.    **Filename: report_586988317303056825**

MD5: 09ce1bb8d4ee62f840f6a5e5a9d29130

Submittal ID: 70d526bbc695f9ac632393abdf197e09

Original Filename Associated with File: 2019-12-09.jpg

Did Reporting ESP view entire contents of uploaded file? No

Were entire contents of uploaded file publicly available? No

    d.    **Filename: report_9666486933096817905**

MD5: 599977784f4556536a995c1875ed1a1e

Submittal ID: 5a61e168fc7543d7fcf1a071e032096b

Did Reporting ESP view entire contents of uploaded file? Yes

Did Reporting ESP view the EXIF of uploaded file? (Information Not Provided by Company)

Were entire contents of uploaded file publicly available? No

    e.    **Filename: report_367058357009395470**

MD5: c79f218347479a2e2b79bbce14935cc2

Submittal ID: d7b90c4ae9751083cd0a79156ebebf31

Original Filename Associated with File: 2019-12-09.jpg

Did Reporting ESP view entire contents of uploaded file? No

Were entire contents of uploaded file publicly available? No

    f.    **Filename: report_5918409517599550384**

MD5: a916702172a3b7878fd7ee84ad1c645b

Submittal ID: d22b8956b1994553df7c81de0c5915cf

Original Filename Associated with File: 2019-12-09.jpg

Did Reporting ESP view entire contents of uploaded file? Yes

Did Reporting ESP view the EXIF of uploaded file? (Information Not Provided by Company)

Were entire contents of uploaded file publicly available? No

    g.    **Filename: report_14812888308628072645**

MD5: 265413d2882bab35e55aca15e5ca62ce

Submittal ID: 398147ee0033faa3657705b18f025e37

Original Filename Associated with File: 2019-12-09.jpg

Did Reporting ESP view entire contents of uploaded file? No

Were entire contents of uploaded file publicly available? No

14.     I reviewed the files that Google employees already reviewed.  My findings

are:

a.     **File Name: report_9666486933096817905**

MD5 Hash: 599977784f4556536a995c1875ed1a1e

Description: This digital image depicts two images combined into one image.  On

the left side of the image, a prepubescent female is shown in the nude.  The

female has her legs spread, and her vagina is shown.  The female also has a clear

liquid, possible semen, on her chest, stomach and vaginal area.  On the right side

of the image, the same prepubescent female is shown with an adult male.  The

adult male is shown with his left hand on his erect penis.  The female is still in

the nude but does not have the clear liquid on her.

b.     **File Name: report_5918409517599550384**

MD5 Hash: a916702172a3b7878fd7ee84ad1c645b

Description: This is a digital image depicting a female, approximately 8-years

old, positioned face down.  The female is wearing a white shirt but is not

wearing any clothing below the waist.  The opening of the female's anus is

shown and appears to be the focal point of the image.  A male's erect penis is

shown close to the female's anus.

15.     I obtained a federal search warrant (20-mj-6021) to review the files Google employees did not review.  I submitted this warrant to the Illinois Attorney General's Office (ILAG) on February 11, 2020.

      a.     I reviewed these files once the ILAG made the files available. These files are: report_367058357009395470, report_586988317303056825, report_12314356780103999509, report_12950133125923131497, and report_14812888308628072645.  All of these files contain child pornography.

**CYBERTIPLINE REPORT # 61177729 – GOOGLE INC**

16.     On or about December 14, 2019, Google reported to the National Center NCMEC that the user "King.Green1990@gmail.com," uploaded a single file that is suspected of containing illegal content.  According to the CTR, the incident type is "Apparent Child Pornography."

17.     Google provided the same information regarding their handling of CTRs as it did in the previously discussed CTR.

18.     The CTR notes the following about the suspect:

      a.     Name: Sebastian Sale

      b.     Mobile Phone: +13093405389 (Verified 11-02-2017 13:09:17 UTC)

      c.     Mobile Phone: +13094045225 (Verified 11-06-2019 15:30:27 UTC)

      d.     Email Address: king.green1990@gmail.com (Verified)

      e.     Email Address: king_green1990@yahoo.com

19.     Google provided the following digital file with this CTR

a.      **Filename: Google-CT-RPT-bc565a183db3e077b4cf7fe1fc33ad20-20150718_105358.jpg**

MD5: fb0cc73361caf609d668b72273b5cc9f

Submittal ID: 973cd280bb637f63f7fcedc52a3e2e56

Original Filename Associated with File: 20150718_105358.jpg

Did Reporting ESP view entire contents of uploaded file? Yes

Did Reporting ESP view the EXIF of uploaded file? (Information Not Provided by Company)

Were entire contents of uploaded file publicly available? No

**Description**: I reviewed the file.  The file is a blurry digital image that depicts a female child.  The female is lying on her back with her pants pulled down.  Someone is changing the child's diaper, which is lying on the floor under the female.  The focal point of the image is the female's vagina.

1.      I used Opanda PowerExif to determine if the image contained any

metadata.  According to Opanda, the camera associated with this image is a

Samsung SM-G900P.  The date and time associated with this file is 10:53:58 on 07-

18-2015.

2.      Comparing the metadata with the file name, I observed the file

name contains "20150718_105358.jpg."

## CYBERTIPLINE REPORT # 61307992 – GOOGLE INC

20.　　On or about December 17, 2019, Google reported to the NCMEC that the

user "King.Green1990@gmail.com," uploaded a single file that is suspected of

containing illegal content.  According to the CTR, the incident type is "Apparent Child

Pornography."

21.　　Google provided the same information regarding their handling of CTRs

as it did in the previously discussed CTR.

22.　　The CTR notes the following about the suspect:

　　　a.　　Name: Sebastian Sale

　　　b.　　Mobile Phone: +13093405389 (Verified 11-02-2017 13:09:17 UTC)

　　　c.　　Mobile Phone: +13094045225 (Verified 11-06-2019 15:30:27 UTC)

　　　d.　　Email Address: king.green1990@gmail.com (Verified)

　　　e.　　Email Address: king_green1990@yahoo.com

23.　　Google provided the following digital file with this CTR

　　　a.　　**Filename: Google-CT-RPT-92720d788512a262c785583feecb54c8-**

　　　**2019-12-09**

MD5: 4825c5bc4acd167bade2c7bfc1cb135d

Submittal ID: a461eb63d2255f583a6757f338af9111

Original Filename Associated with File: 2019-12-09

Did Reporting ESP view entire contents of uploaded file? Yes

Did Reporting ESP view the EXIF of uploaded file? (Information Not Provided
by Company)

Were entire contents of uploaded file publicly available? (Information Not
Provided by Company)

24.      I reviewed the video file using the VLC player.  The video, which is
approximately 1 minute and 23 seconds in length, depicts a prepubescent female lying
on her back.  The female is wearing a light blue dress.  She is not wearing any pants or
underwear.  An adult male is repeatedly placing his erect penis against the female's
vagina.

25.      On February 2, 2020, I preserved the Google account
King.Green1990@gmail.com, and accounts associated with the CTRs.


**GOOGLE'S RESPONSE TO FEDERAL SEARCH WARRANT 20-MJ-6022**

26.      On February 11, 2020, I obtained a search warrant (20-MJ-6022) relating to
the Google account "King.Green1990@gmail.com", and accounts associated with the
CTRs from the United States District Court for the Central District of Illinois.

27.      On February 11, 2020, I submitted federal search warrant 20-mj-6022 to
Google using Google's law enforcement portal.

28.      On February 18, 2020, I received notification from Google that they
provided the data listed in search warrant 20-MJ-6022.  I accessed Google's law
enforcement portal and downloaded the data, which is over 30 GBs in size.

29.     Within the data provided by Google, the name listed for the subscriber is

Sebastian Sale.

30.     The data provided by Google indicates the user created the account

king.green1990@gmail.com on 2012/06/24.

31.     The data provided by Google listed two phones for the account.  The

numbers are +13094045225 [US], +13093405389 [US].

32.     Within the data provided by Google, I observed a folder titled

"king.green1990.chats."  I observed the following chats between the user

king.green1990@gmail.com and what I believe is user KJ46299@gmail.com:  The

following chats are snippets of the entire chats between the two users and is not every

communication.

    a.     2016-09-28 13:45:31 kj46299@gmail.com: Hangout started,

kj46299@gmail.com

    b.     2016-09-28 13:45:53 kj46299@gmail.com: Hangout ended, duration:

21 seconds, kj46299@gmail.com

    c.     2016-09-28 13:46:43 king.green1990@gmail.com: I didn't mean to

call.

    d.     2016-09-28 13:48:35 ight kk

    e.     2016-09-28 13:56:49 So

    f.     2016-09-28 13:57:26 king.green1990@gmail.com: What's up?

    g.     2016-09-28 13:58:08 Nun much hbu

    h.     2016-09-28 14:02:27 king.green1990@gmail.com: Having some fun

i.      2016-09-28 14:03:10 wym ddy

j.      2016-09-28 14:23:53 king.green1990@gmail.com: Playing

k.      2016-09-28 14:24:05 king.green1990@gmail.com: How freaky are you?

l.      2016-09-28 14:38:29 does it matter?

m.      2016-09-28 14:39:27 king.green1990@gmail.com: I Love freaky girls

n.      2016-09-28 14:39:36 (: lol

o.      2016-09-28 14:41:09 king.green1990@gmail.com: Do you have any taboo fantasies?

p.      2016-09-28 14:41:20 lol not talking bout em till u do

q.      2016-09-28 14:43:21 king.green1990@gmail.com: OK...

r.      2016-09-28 14:44:35 king.green1990@gmail.com: I like to watch siblings together...☺

s.      2016-09-28 16:11:54 ha-ha

t.      2016-09-28 16:12:05 well I seen what you txted me on chat hour

u.      2016-09-28 16:12:08 so whys that

v.      2016-09-28 16:12:31 king.green1990@gmail.com: I like watching girls get fucked by dogs. And incest

w.      2016-09-28 16:12:36 king.green1990@gmail.com: I like you

x.      2016-09-28 16:12:40 king.green1990@gmail.com: Sorry

y.      2016-09-28 16:12:43 lol u said that

z.      2016-09-28 16:12:44 a lot

aa.     2016-09-30 12:23:51 tbh i kinda dnt wanna

bb.     2016-09-30 12:24:05 king.green1990@gmail.com: K

cc.     2016-09-30 12:24:34 ur not gonna argue, that weird but good

dd.     2016-10-02 20:07:55 king.green1990@gmail.com: Hey

ee.     2016-10-02 21:55:29 hi

ff.     2016-10-03 12:26:50 Hi again (:

gg.     2016-10-03 13:09:30 king.green1990@gmail.com: Hi...☺

hh.     2016-10-03 13:09:35 y sad

ii.     2016-10-03 13:14:29 Sabastian?

jj.     2016-10-03 13:22:49 king.green1990@gmail.com: IDK..

kk      2016-10-03 13:23:00 😴

ll.     2016-10-03 13:23:44 king.green1990@gmail.com: Just tired of
everybody using me for what they want, but I never get what I

mm.     2016-10-05 17:23:48 That sux doesn't it?

nn.     2016-10-05 17:24:03 I need to smile more

oo.     2016-10-05 17:24:49 king.green1990@gmail.com: I would throw you
on the bed and spank your ads.

pp.     2016-10-05 17:24:54 mm

qq.     2016-10-05 17:24:55 king.green1990@gmail.com: Ass*

rr.     2016-10-05 17:24:58 lol

ss.     2016-10-05 17:25:05 hard?

tt.     2016-10-05 17:25:12 king.green1990@gmail.com: Yes

uu.     2016-10-05 17:25:19 fuck Daddy (:

vv.     2016-10-05 17:25:48 king.green1990@gmail.com: And then slide my cock in your tight little pussy.

ww.     2016-10-05 17:25:58 (: meow

xx.     2016-10-05 17:26:22 you know these r the times id think youd smile

yy.     2016-10-05 17:26:30 but i believe you still arent smiling

zz.     2016-10-05 17:27:10 king.green1990@gmail.com: Lol

aaa.    2016-10-05 17:27:21 I'm beign serious

bbb.    2016-10-05 17:27:26 I want you to smile

ccc.    2016-10-05 17:27:31 you're always sad

ddd.    2016-10-05 17:27:58 king.green1990@gmail.com: I'd slip it in and out for a little bit and play with your asshole.

eee.    2016-10-05 17:28:08 mmmm

fff.    2016-10-05 17:29:09 king.green1990@gmail.com: Then I'll put it in your ass and call the dog over to lick your pussy while I fuck you up your Ass.

ggg.    2016-10-05 17:29:25 damn Daddy

hhh.    2016-10-05 17:29:27 naughty

iii.    2016-10-05 17:29:29 d:

jjj.    2016-10-05 17:30:19 king.green1990@gmail.com: You like that little girl?

kkk.    2016-10-05 17:30:44 yess

lll.     2016-10-05 17:32:33 king.green1990@gmail.com: First I'm going to cum deep in that pussy so the Doggy will have something to lick out.

want.

33.     Within the data provided by Google, I observed a folder titled "king.green1990.chats."  I observed the following chats between the user king.green1990@gmail.com and the user Sectoy633@gmail.com:

a.     2019-07-03 20:42:13 king.green1990@gmail.com:

b.     2019-07-03 20:42:13 king.green1990@gmail.com:

c.     2019-07-03 20:42:13 king.green1990@gmail.com:

d.     2019-07-03 20:42:13 king.green1990@gmail.com:

e.     2019-07-03 20:42:16 king.green1990@gmail.com: Heyyy

f.     2019-07-03 20:42:16 king.green1990@gmail.com:

g.     2019-07-03 20:42:42 sectoy633@gmail.com:

h.     2019-07-03 20:42:52 sectoy633@gmail.com: Hi

i.     2019-07-03 20:42:52 sectoy633@gmail.com:

j.     2019-07-03 20:42:57 sectoy633@gmail.com: Who this

k.     2019-07-03 20:43:57 king.green1990@gmail.com:

l.     2019-07-03 20:44:11 king.green1990@gmail.com:

Mommyanddaddy69

m.     2019-07-03 20:44:20 sectoy633@gmail.com: Cool

n.     2019-07-03 20:44:34 sectoy633@gmail.com: Who there

o.     2019-07-03 20:44:36 king.green1990@gmail.com: Are you all wet?

p.      2019-07-03 20:44:45 king.green1990@gmail.com: No one right now

q.      2019-07-03 20:45:11 sectoy633@gmail.com: I mean hubby with you

r.      2019-07-03 20:46:17 king.green1990@gmail.com: This is

s.      2019-07-03 20:46:29 king.green1990@gmail.com: Wifey is asleep

t.      2019-07-03 20:46:48 sectoy633@gmail.com: So was I talk to you on chat

u.      2019-07-03 20:46:55 king.green1990@gmail.com: Yes

v.      2019-07-03 20:47:11 king.green1990@gmail.com: She wants to fuck her 8yo boy.

w.      2019-07-03 20:47:22 sectoy633@gmail.com: You've a cock to show me

x.      2019-07-03 20:47:58 king.green1990@gmail.com: Show me something to get it excited

y.      2019-07-03 20:49:40 sectoy633@gmail.com: [ This is a photo of an erect penis ]

z.      2019-07-03 20:50:10 king.green1990@gmail.com: Mmm

aa.     2019-07-03 20:50:18 king.green1990@gmail.com: Do you like taboo

bb.     2019-07-03 20:52:37 sectoy633@gmail.com: You jealous she wants his cock

cc.     2019-07-03 20:53:34 king.green1990@gmail.com: No

dd.     2019-07-03 20:53:37 sectoy633@gmail.com: Show me you and your wife fucking

ee.     2019-07-03 20:53:51 sectoy633@gmail.com: And I'll show you me getting fucked

ff.     2019-07-03 20:59:26 sectoy633@gmail.com: ?

gg.     019-12-01 13:23:58 king.green1990@gmail.com: Hi

34.     Within the data provided by Google, I observed a folder titled "king.green1990.chats."  I observed the following chats between the user king.green1990@gmail.com and the user Poetguy001@gmail.com:

a.     2019-12-01 13:23:41 poetguy001@gmail.com:

b.     2019-12-01 13:23:41 poetguy001@gmail.com:

c.     2019-12-01 13:23:41 poetguy001@gmail.com:

d.     2019-12-01 13:23:41 poetguy001@gmail.com:

e.     2019-12-01 13:23:44 king.green1990@gmail.com: Hey

f.     2019-12-01 13:23:44 king.green1990@gmail.com:

g.     2019-12-01 13:24:03 poetguy001@gmail.com:

h.     2019-12-01 13:24:03 poetguy001@gmail.com:

i.     2019-12-01 13:24:12 poetguy001@gmail.com: Hello

j.     2019-12-01 13:24:32 poetguy001@gmail.com: Are you from chat hour daddy

k.     2019-12-01 13:27:03 king.green1990@gmail.com:

l.     2019-12-01 13:27:07 king.green1990@gmail.com: Yes

m.     2019-12-01 13:27:43 poetguy001@gmail.com: Awesome . How are you doing this fine morning

n.      2019-12-01 13:28:09 king.green1990@gmail.com: So horny

o.      2019-12-01 13:28:49 poetguy001@gmail.com: I know the feeling well

p.      2019-12-01 13:29:35 poetguy001@gmail.com: If I was there with you all what could I do to help you out ?

q.      2019-12-01 13:30:33 king.green1990@gmail.com: Go find some kids.

r.      2019-12-01 13:32:00 poetguy001@gmail.com: Ummmm like at a library maybe . Kinda chilly for parks and such .

s.      2019-12-01 13:32:01 king.green1990@gmail.com: Can I see something nasty?

t.      2019-12-01 13:32:10 king.green1990@gmail.com: Mmmm

u.      2019-12-01 13:33:02 poetguy001@gmail.com: I'd have to take a couple pics . But I can if you give me a few .

v.      2019-12-01 13:33:22 king.green1990@gmail.com: Do you have any young?

w.      2019-12-01 13:33:30 poetguy001@gmail.com: No

x.      2019-12-01 13:34:05 poetguy001@gmail.com: Just me . Was kinda hoping mommy and daddy had some

y.      2019-12-01 13:34:31 poetguy001@gmail.com: Guess maybe we are in the same boat huh.

35.    Within the data provided by Google, I observed a folder titled "king.green1990.chats."  I observed the following chats between the user king.green1990@gmail.com and the user Zaa232845@gmail.com:

a.      2019-12-09 20:45:31 zaa232845@gmail.com:

b.      2019-12-09 20:47:19 king.green1990@gmail.com: Anyone around?

c.      2019-12-09 20:47:26 zaa232845@gmail.com: Yes sorry

d.      2019-12-09 20:47:50 king.green1990@gmail.com: Who is around?

e.      2019-12-09 20:47:59 zaa232845@gmail.com: My mom

f.      2019-12-09 20:48:33 king.green1990@gmail.com: You pulled it out
with her around?

g.      2019-12-09 20:49:59 zaa232845@gmail.com: No i have picture of my
dick

h.      2019-12-09 20:50:04 zaa232845@gmail.com: What about you

i.      2019-12-09 20:50:12 zaa232845@gmail.com: Anyone around?

k.      2019-12-09 20:50:16 king.green1990@gmail.com: No.

l.      2019-12-09 20:50:33 king.green1990@gmail.com: Mom ever catch
you jerking off?

j.      2019-12-09 20:51:05 zaa232845@gmail.com: No

k.      2019-12-09 20:51:31 king.green1990@gmail.com: You ever see her
naked?

l.      2019-12-09 20:52:04 zaa232845@gmail.com: No

m.      2019-12-09 20:53:54 king.green1990@gmail.com: Do you want to
jerk off to her?

n.      2019-12-09 20:54:42 zaa232845@gmail.com: No

o.      2019-12-09 20:54:56 zaa232845@gmail.com: I want to jerk off to young boys and girls

p.      2019-12-09 21:00:18 zaa232845@gmail.com: Have you ever try doing something naughty with young boys or girls??

q.      2019-12-17 12:44:51 zaa232845@gmail.com: Hey

r.      2019-12-17 12:44:55 zaa232845@gmail.com: How are you today??

s.      2019-12-06 13:28:28 zaa232845@gmail.com:

t.      2019-12-06 13:28:28 zaa232845@gmail.com:

u.      2019-12-06 13:28:28 zaa232845@gmail.com:

v.      2019-12-06 13:28:28 zaa232845@gmail.com:

w.      2019-12-06 13:28:30 king.green1990@gmail.com: Hey

x.      2019-12-06 13:28:30 king.green1990@gmail.com:

y.      2019-12-06 13:28:37 zaa232845@gmail.com:

z.      2019-12-06 13:28:37 zaa232845@gmail.com:

aa.     2019-12-06 13:28:39 zaa232845@gmail.com: Hi

bb.     2019-12-06 13:30:11 zaa232845@gmail.com: Have you ever try doing something naughty with young boys or girls??

cc.     2019-12-06 13:36:56 king.green1990@gmail.com:

dd.     2019-12-06 13:37:02 king.green1990@gmail.com: Yes. Have you?

ee.     2019-12-06 13:37:23 zaa232845@gmail.com: Once

ff.     2019-12-06 13:37:24 zaa232845@gmail.com: Yes

gg.     2019-12-06 13:38:08 king.green1990@gmail.com: Can I see something fun?

hh.     2019-12-06 13:38:15 zaa232845@gmail.com: Sure

ii.     2019-12-06 13:38:27 zaa232845@gmail.com: But what u can give me for it??

jj.     2019-12-06 13:38:58 king.green1990@gmail.com: Depends on how good it is.

kk.     2019-12-06 13:39:05 king.green1990@gmail.com: What's your age limit?

ll.     2019-12-06 13:39:16 zaa232845@gmail.com: Between 6 to 15 years

mm.     2019-12-06 13:39:49 king.green1990@gmail.com: Ok. I don't have one

nn.     2019-12-06 13:40:04 zaa232845@gmail.com: What u have?

oo.     2019-12-06 13:40:24 king.green1990@gmail.com: Just about anything

pp.     2019-12-06 13:40:57 zaa232845@gmail.com: U meant adult sex videos?

qq.     2019-12-06 13:47:05 king.green1990@gmail.com: And more...

rr.     2019-12-06 13:47:22 zaa232845@gmail.com: Like what?

ss.     2019-12-06 13:47:31 zaa232845@gmail.com: Tell me what u have

tt.     2019-12-06 13:47:47 zaa232845@gmail.com: I have over 200 videos of young girls get fucked and mastrubate

uu.     2019-12-06 13:47:51 king.green1990@gmail.com: Young

vv.    2019-12-06 13:47:56 king.green1990@gmail.com: How young?

ww.    2019-12-06 13:48:08 zaa232845@gmail.com: Between 5 to 15

xx.    2019-12-06 13:50:06 zaa232845@gmail.com: U like young girls
videos?

yy.    2019-12-06 13:50:31 king.green1990@gmail.com: Yess

zz.    2019-12-06 13:51:07 zaa232845@gmail.com: Tell me about the videos
you have?

aaa.    2019-12-06 13:54:24 zaa232845@gmail.com: ?

bbb.    2019-12-06 13:56:05 king.green1990@gmail.com: Anything from
babies to teens.

ccc.    2019-12-06 13:56:15 zaa232845@gmail.com: Oh wow

ddd.    2019-12-06 13:56:24 zaa232845@gmail.com: So u have a lot of videos
lol

eee.    2019-12-06 13:56:31 king.green1990@gmail.com: Yes

fff.    2019-12-06 13:56:46 zaa232845@gmail.com: Where wan can trade
videos?

ggg.    2019-12-06 13:56:54 zaa232845@gmail.com: Where we **

hhh.    2019-12-06 13:57:59 king.green1990@gmail.com: Here?

iii.    2019-12-06 13:58:12 zaa232845@gmail.com: My all videos on mega

jjj.    2019-12-06 13:58:19 zaa232845@gmail.com: I can send it all there

kkk.    2019-12-06 13:58:24 zaa232845@gmail.com: I cant here

lll.    2019-12-06 13:58:37 zaa232845@gmail.com: I tried couple of times

mmm. 2019-12-06 13:58:41 king.green1990@gmail.com: Ok

nnn.    2019-12-06 13:59:03 zaa232845@gmail.com: What's your mega

email??

ooo.    2019-12-06 13:59:16 king.green1990@gmail.com:

Mommyanddaddy469@gmail.com

ppp.    2019-12-06 14:00:41 zaa232845@gmail.com: I send friend request

qqq.    2019-12-06 14:02:58 zaa232845@gmail.com: I add u on mega

rrr.    2019-12-06 14:26:32 king.green1990@gmail.com: Did you get the

video?

sss.    2019-12-06 14:31:13 zaa232845@gmail.com: Yes

ttt.    2019-12-06 14:31:16 zaa232845@gmail.com: One video

uuu.    2019-12-06 14:31:28 zaa232845@gmail.com: I want more 😄

vvv.    2019-12-06 19:31:18 zaa232845@gmail.com: Hey

www. 2019-12-06 19:31:32 zaa232845@gmail.com: I know I bother you but

can u send me videos

xxx.    2019-12-09 20:43:14 king.green1990@gmail.com: How old are you?

yyy.    2019-12-09 20:43:25 zaa232845@gmail.com: 19

zzz.    2019-12-09 20:43:27 zaa232845@gmail.com: Why??

aaaa.   2019-12-09 20:43:35 king.green1990@gmail.com: Bi?

bbbb.   2019-12-09 20:43:40 zaa232845@gmail.com: Top bi

cccc.   2019-12-09 20:43:53 king.green1990@gmail.com: Can I see your

cock?

36.     Within the data provided by Google, I observed a folder titled

"king.green1990.chats."  I observed the following chats between the user

king.green1990@gmail.com and the user Hotbabe9419@gmail.com:

    a.      2019-12-09 21:12:22 king.green1990@gmail.com:

    b.      2019-12-09 21:13:46 king.green1990@gmail.com:

    c.      2019-12-09 21:13:47 king.green1990@gmail.com:

    d.      2019-12-09 21:13:49 king.green1990@gmail.com:

    e.      2019-12-09 21:13:50 king.green1990@gmail.com:

    f.      2019-12-09 21:13:52 king.green1990@gmail.com:

    g.      2019-12-09 21:13:53 king.green1990@gmail.com:

    h.      2019-12-09 21:13:55 king.green1990@gmail.com:

    i.      2019-12-09 21:13:55 king.green1990@gmail.com: You like those?

    j.      2019-12-09 22:08:39 hotbabe9419@gmail.com: oh yea you got any of

girls sucking a boy small dick

    k.      2019-12-09 21:12:19 king.green1990@gmail.com: [ THIS IS A

DIGITAL IMAGE OF AN ADULT MALE PLACING HIS ERECT PENIS IN A

PREPUBESCENT FEMALE'S VAGINA ].

        1.      I compared the file King.Green1990 sent to user hotbabe9419

        at 2019-12-09 21:12:19 with the files in the folder, King.Green1990.Chats."

        The file's name is "a29130eed452b7b1b2024c2e402cea88."

    l.      2019-12-09 20:58:41 hotbabe9419@gmail.com:

    m.      2019-12-09 20:58:41 hotbabe9419@gmail.com:

n.       2019-12-09 20:58:41 hotbabe9419@gmail.com:

o.       2019-12-09 20:58:41 hotbabe9419@gmail.com:

p.       2019-12-09 20:58:44 king.green1990@gmail.com: Heyyy

q.       2019-12-09 20:58:44 king.green1990@gmail.com:

r.       2019-12-09 20:59:00 hotbabe9419@gmail.com:

s.       2019-12-09 20:59:00 hotbabe9419@gmail.com:

t.       2019-12-09 20:59:03 hotbabe9419@gmail.com: hi

u.       2019-12-09 20:59:15 king.green1990@gmail.com:

v.       2019-12-09 20:59:31 king.green1990@gmail.com: Are you being a

nasty little slut

w.       2019-12-09 20:59:49 hotbabe9419@gmail.com: ofc

x.       2019-12-09 21:00:14 king.green1990@gmail.com: Show me

y.       2019-12-09 21:01:10 hotbabe9419@gmail.com: you show me a few

pics of the girls first.

37.     I reviewed the contents within the folder provided by Google,

"king.green1990.Drive.001.Preserved."  This folder contains another folder titled

"Drive."  I reviewed this folder and observed the following files:

a.       **20150718_105150.jpg (MD5:**

**FF5CA89FF73E3E3BE2A50CE53402DC9A)**

This digital image depicts a female baby.  The baby's diaper is underneath the

child.  The female's legs are pulled up and apart allowing a clear view of the

female's vagina and opening of the anus.

1.      Another folder provided by Google contained the metadata for this file.  The metadata indicates the creation date for this file is April 14, 2016 at 7:13 PM UTC.

b.      **20150718_105409.jpg (MD5: BEF41A10D2FB39CDDC7C8A74FF42D85B)**

This digital image depicts a female toddler.  The toddler's diaper is underneath the child.  The female's legs are pulled up, allowing a clear view of the female's vagina and opening of the anus.

1.      Another folder provided by Google contained the metadata for this file.  The metadata indicates the creation date for this file is April 14, 2016 at 7:12 PM UTC.

c.      **20150718_105345.jpg (MD5: FC6F170FE101645B1B4F29DE978725C6)**

This digital image depicts a female toddler.  The toddler's diaper is underneath the child.  The female's legs are pulled up, allowing a clear view of the female's vagina and opening of the anus.

1.      Another folder provided by Google contained the metadata for this file.  The metadata indicates the creation date for this file is April 14, 2016 at 7:12 PM UTC.

d.      **20150724_195208.jpg (MD5: 46D9A8C324D56CCF8050C3F8278FDB30)**

This digital image depicts a female toddler.  The toddler's diaper is underneath the child.  The female's legs are pulled up, allowing a clear view of the female's vagina and opening of the anus.

1.      Another folder provided by Google contained the metadata for this file.  The metadata indicates the creation date for this file is April 14, 2016 at 7:13 PM UTC.

38.      The folder, "King.Green1990.Photos.Albums" contained a folder titled, "Hangout: Chloe Adams ● Sebastian Sale."  This folder contained a spreadsheet detailing the communications between Chloe Adams and Sebastian Sale.  It also included several images depicting children engaged in sexual conduct.

39.      The spreadsheet notes the dates associated with these images are 12/9/2019 to 12/11/2019.  The spreadsheet does not indicate which user sent or received the files.  The files are the child pornography files noted in the CTRs.

40.      The file, "king.green1990@gmail.com.Gmail.Content.mbox" contained thousands of e-mails.  The name Sebastian Sale appeared in some of the e-mails.  The term, "mommyanddaddy469" appeared in four of the e-mail artifacts.

41.      Google provided several folders that contained images of a person that I recognize as Sebastian Sale.

### CYBERTIPLINE REPORT # 60649407 – GOOGLE INC.

42**.**      On February 14, 2020, I received notification from the ILAGs office that NCMEC received three CTRs related to the Google account "1mommyanddaddy469@gmail.com."

43.     Christine Feller with the ILAGs office compared the IP addresses with the Google account "1mommyanddaddy469@gmail.com" and the Google account "king.green1990@gmail.com." Some of the IP addresses are the same.

44.     On or about December 05, 2019, Google, Inc. (Google) reported to the National Center for Missing and Exploited Children (NCMEC) that the user "1mommyanddaddy469@gmail.com," uploaded two files that Google suspected of containing illegal content.  According to the CTR, the incident type is "Apparent Child Pornography (Unconfirmed)."  It also notes, "NCMEC Incident Type is based on NCMEC's review of the report OR a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP."

45.     The CTR also notes, "Google identifies and reports child sexual abuse imagery in accordance with federal statutory definition of child pornography as referenced in 18 USC 2256. Generally, if a report does not contain an upload IP, it may be because Google does not have the information accessible at the time of the report. To the extent that Google does have a record of the upload IP, it can be disclosed in response to valid legal process.

46.     Account information such as IP addresses and user provided information (such as SMS number or secondary e-mail address or Date of Birth) may change over time and/or reflect user provided data that may be inaccurate. This information should be investigated and confirmed independently.

47.     Any account reported in this Cybertip may or may not be disabled in the course of making the report. For information on which legal process is required for

various types of data associated with Google's products and services, please refer to our Transparency Report available here http://www.google.com/transparencyreport/userdatarequests/legalprocess/.

48.     If you intend to seek additional data from Google, please reference this and any related CyberTip number(s) prominently in your legal process.

49.     With respect to the portion of this CyberTip containing the heading: "Was File Reviewed by Company?", when Google responds "Yes" it means the contents of the file reported were viewed by a person concurrently to or immediately preceding the sending of the CyberTip.

50.     When Google responds "No", it means that while the contents of the file were not reviewed concurrently to making the report, historically a person had reviewed a file whose hash (or digital fingerprint) matched the hash of the reported image and determined it contained apparent child pornography."

51.     The IP addresses are the same between the CTRs related to connection between these CTRs and the previously listed CTRs

52.     The CTR notes the following about the suspect:

    a.     Name: Bob Bob

    b.     E-mail address: 1mommyanddaddy469@gmail.com

53.     The CTR then listed the following IP Addresses associated with the Google account.  (On February 15, 2020, I ran an inquiry of each IP Address through the American Registry for Internet Numbers (ARIN) to determine who owns each IP Address.  I noted the owners, according to ARIN, in parenthesis after each IP Address.

a.      73.110.34.70 (Login) - 12-03-2019 13:25:33 UTC

(Comcast IP Services, LLC)

b.      2601:247:4003:cc50:80c1:ee26:5c84:fd31 (Login) - 12-02-2019 12:42:17

UTC

(Comcast Cable Communications, LLC)

c.      2601:247:4003:cc50:bcac:6fc9:eea9:f357 (Login) - 11-30-2019 09:02:55

UTC

(Comcast Cable Communications, LLC)

54.     The CTR also notes, "Google became aware of the reported content which

was stored in Google Photos Infrastructure."

55.     The CTR reflects the user uploaded the following files, which are listed

below by the Filename, MD5 hash value, Submittal ID, Original Filename Associated

with File, whether or not Google viewed the entire contents of the uploaded file, and

whether or not the contents of the uploaded files were publicly available.

a.      **Filename: report_1820179895078044040**

MD5: c79f218347479a2e2b79bbce14935cc2

Submittal ID: 1f4d35b52379b5da2fcf1d6b6e80ef1e

Original Filename Associated with File: 2019-12-03.jpg

Did Reporting ESP view entire contents of uploaded file? (Information Not

Provided by Company)

Were entire contents of uploaded file publicly available? No

1.      I obtained federal search warrant 20-MJ-6027 and viewed this file.  This image depicts a female performing oral sex on a prepubescent male.

b.      **Filename: report_11791291344269323484**

MD5: 106d4219f723eda66dee2106fc8c6b31

Submittal ID: 6611ec4c7ef3201de99005c4bf1b403b

Original Filename Associated with File: 2019-12-03.jpg

Did Reporting ESP view entire contents of uploaded file? (Information Not Provided by Company)

Were entire contents of uploaded file publicly available? No

2.      I obtained federal search warrant 20-MJ-6027 and viewed this file.  This image depicts a female, approximately 8 to 10-years old on a bed.  The female is not wearing any clothing below her waist.  The female is position with her knees against the bed and her midsection off the bed toward the ceiling.  An adult male has his erect penis near the opening of the female's vagina, which is clearly visible.

### CYBERTIPLINE REPORT # 61040044 – GOOGLE INC.

56.     On or about December 12, 2019, Google, Inc. (Google) reported to the National Center for Missing and Exploited Children (NCMEC) that the user "1mommyanddaddy469@gmail.com," uploading one file that  Google suspected of

containing illegal content.  According to the CTR, the incident type is "Apparent Child
Pornography."  It also notes, "NCMEC Incident Type is based on NCMEC's review of
the report OR a "Hash Match" of one or more uploaded files. NCMEC may not have
viewed all uploaded files submitted by the reporting ESP."

57.    Google provided the same information regarding their handling of CTRs
as it did in the previously discussed CTR.

58.    The CTR notes the following about the suspect:

    a.    Name: Bob Bob

    b.    E-mail address: 1mommyanddaddy469@gmail.com

59.    The CTR reflects the user uploaded the following file, which is listed
below by the Filename, MD5 hash value, Submittal ID, Original Filename Associated
with File, whether or not Google viewed the entire contents of the uploaded file, and
whether or not the contents of the uploaded files were publicly available.

    a.    **Filename: Google-CT-RPT-e0d4439dd0a67ec50f510827c8965310-
2019-12-03**

MD5: 16bda40a457f6c16d621dc675ce7f7f4

Submittal ID: 7de3a609abd41a3c7ca20ea8e475a9cb

Original Filename Associated with File: 2019-12-03

Did Reporting ESP view entire contents of uploaded file? Yes

Did Reporting ESP view the EXIF of uploaded file? (Information Not Provided
by Company)

Were entire contents of uploaded file publicly available? (Information Not

Provided by Company)

**Description:** This is a video, which lasts approximately 48-seconds.  The video

depicts an adult male repeatedly inserting his erect penis into the anus of a

prepubescent male.  The video shows the prepubescent male's penis and the

opening of his anus.


### CYBERTIPLINE REPORT # 60697731 – GOOGLE INC.

60.     On or about December 06, 2019, Google, Inc. (Google) reported to the

National Center for Missing and Exploited Children (NCMEC) that the user

"1mommyanddaddy469@gmail.com," uploading nine files that Google suspected of

containing illegal content.  According to the CTR, the incident type is "Apparent Child

Pornography."  It also notes, "NCMEC Incident Type is based on NCMEC's review of

the report OR a "Hash Match" of one or more uploaded files. NCMEC may not have

viewed all uploaded files submitted by the reporting ESP."

61.     Google provided the same information regarding their handling of CTRs

as it did in the previously discussed CTR.

62.     The CTR notes the following about the suspect:

        a.      Name: Bob Bob

        b.      E-mail address: 1mommyanddaddy469@gmail.com

63.     The CTR reflects the user uploaded nine files.  I described three of those

files below, which are listed below by the Filename, MD5 hash value, Submittal ID,

Original Filename Associated with File, whether or not Google viewed the entire contents of the uploaded file, and whether or not the contents of the uploaded files were publicly available.

a.   **Filename: report_16202501859274345780**

MD5: 66588dec999a315a3ff84bb238efbd58

Submittal ID: 92108b09b97a8b2b92a8513a5decf0e7

Original Filename Associated with File: 2019-12-03.jpg

Did Reporting ESP view entire contents of uploaded file? Yes

Did Reporting ESP view the EXIF of uploaded file? (Information Not Provided by Company)

Were entire contents of uploaded file publicly available? No

**Description:** This digital image contains two individual images.  The first image (on top) depicts a female child approximately 7-years old performing fellatio on an adult male.  The second image (on bottom) depicts a female child approximately 7-years old, placing the tip of her tongue on the end of an adult male`s erect penis.

b.   **Filename: report_2786373398398199316**

MD5: 09ce1bb8d4ee62f840f6a5e5a9d29130

Submittal ID: a3b43a4fca1288d758c70c632df86413

Original Filename Associated with File: 2019-12-03.jpg

Did Reporting ESP view entire contents of uploaded file? Yes

Did Reporting ESP view the EXIF of uploaded file? (Information Not Provided by Company)

Were entire contents of uploaded file publicly available? No

**Description:** This is a digital image that a female child, approximately 6-years old, kneeling in front of an adult male.  The female has both of her hands on the male`s erect penis.

c.  **Filename: report_6947927859437913274**

MD5: a916702172a3b7878fd7ee84ad1c645b

Submittal ID: 5a1d5b4e7f75b26e0978097e66f7c001

Original Filename Associated with File: 2019-12-03.jpg

Did Reporting ESP view entire contents of uploaded file? Yes

Did Reporting ESP view the EXIF of uploaded file? (Information Not Provided by Company)

Were entire contents of uploaded file publicly available? No

Description: This is a digital image depicting a female, approximately 8-years old, positioned face down.  The female is wearing a white shirt but is not wearing any clothing below the waist.  The opening of the female's anus is shown and appears to be the focal point of the image.  A male's erect penis is shown close to the female's anus.

**GOOGLE'S RESPONSE TO FEDERAL SEARCH WARRANT 20-MJ-6026**

64.     On February 20, 2020, I obtained a search warrant (20-MJ-6026) relating to the Google account "1mommyanddaddy469@gmail.com" and accounts associated with the CTRs from the United States District Court for the Central District of Illinois.

65.     On February 20, 2020, I submitted federal search warrant 20-mj-6026 to Google using Google's law enforcement portal.

66.     On February 21, 2020, I received notification from Google that they provided the data listed in search warrant 20-MJ-6026.  I accessed Google's law enforcement portal and downloaded the data.

67.     Within the data provided by Google, the name listed for the subscriber is Bob Bob.

68.     The data provided by Google indicates the user created the account king.green1990@gmail.com on 2019/12/205.

69.     The data provided by Google does not list a telephone number

70.     I reviewed the content within folder "1mommyanddaddy469.346157702923.GooglePhotos.PhotoResource_001."  This folder contains the folder "Google Photos."  This folder contains three folders relating to Hangouts, which is a chat platform of Google.

71.     The first hangout folder I reviewed is "Hangout_ 1mommyanddaddy469@gmail.com ● dave j."  This folder contains three digital files and three spreadsheets.

        a.     File "2019-12-03" depicts a black dog performing cunnilingus on an adult female.  The female is only shown from the waist down.

1.    The spreadsheet related to this file reflects the "photo taken date/time" is June 6, 2019 at 9:18:42 PM UTC.  The spreadsheet also notes the "Creation date/time" is December 3, 2019 at 1:55:11 PM UTC.

b.    File "2019-12-03(1)" is a video file that depicts a small child performing cunnilingus on an adult female.  The video does show the child's face and the video has sound.

1.    The spreadsheet associated with this file reflects the "Photo Taken date/time" is June 6, 2019 at 9:45:21 PM UTC.  The spreadsheet also notes the "Creation date/time" is December 3, 2019 at 3:46:14 PM UTC.

c.    File "2019-12-03(2) depicts a brown dog performing cunnilingus on an adult female.  The female is only shown from the waist down.

1.    The spreadsheet related to this file reflects the "Photo Taken date/time" as May 13, 2019, 4:13:48 AM UTC.  The spreadsheet associated with this file depicts someone created this file on December 3, 2019 at 3:59:00 PM UTC.  The document shows a "Modification date/time" as January 9, 2020 at 6:43:33 PM UTC.

2.    The spreadsheet also contains metadata which reflects the EXIF Latitude for the file is 40.704 and EXIF Longitude is 90.0981.

a.    I entered these coordinates into Google maps and the address shows 35361 N Fennessy St, Farmington, IL 61531.

72.    Because I know these files are associated with the chats between user 1mommyanddaddy469 and user davej, I reviewed the chats Google provided before

continuing to review the other photo folders.  Below are the chats between the user

1mommyanddaddy469 and the user djk68068@gmail.com:

     a.      2019-12-02 12:17:24 djk68068@gmail.com:

     b.      2019-12-02 12:17:24 djk68068@gmail.com:

     c.      2019-12-02 12:17:24 djk68068@gmail.com:

     d.      2019-12-02 12:17:24 djk68068@gmail.com:

     e.      2019-12-02 12:17:30 djk68068@gmail.com: hi

     f.      2019-12-02 12:17:39 1mommyanddaddy469@gmail.com:

     g.      2019-12-02 12:17:40 1mommyanddaddy469@gmail.com:

     h.      2019-12-02 12:17:44 1mommyanddaddy469@gmail.com: Wyd?

     i.      2019-12-02 12:17:47 djk68068@gmail.com:

     j.      2019-12-02 12:18:01 djk68068@gmail.com: just waking and relaxing

how about u

     k.      2019-12-02 12:18:45 1mommyanddaddy469@gmail.com: Just

relaxing.

     l.      2019-12-02 12:18:54 djk68068@gmail.com: still in bed?

     m.      2019-12-02 12:19:01 1mommyanddaddy469@gmail.com: Where's

that's cute little girl of yours?

     n.      2019-12-02 12:19:20 djk68068@gmail.com: shes 18 now she lives on

here own

     o.      2019-12-02 12:19:41 djk68068@gmail.com: with her gf

p.     2019-12-02 12:20:18 1mommyanddaddy469@gmail.com: Did you ever play with her?

q.     2019-12-02 12:21:04 djk68068@gmail.com: alittle when she was younger she don t even live in the same state now

r.     019-12-02 12:21:35 djk68068@gmail.com: do you play with yours?

s.     2019-12-02 12:22:54 1mommyanddaddy469@gmail.com: We want to.

t.     2019-12-02 12:23:06 1mommyanddaddy469@gmail.com: Got any pics of her?

u.     2019-12-02 12:24:41 djk68068@gmail.com: if i can see your real

v.     2019-12-02 12:24:53 djk68068@gmail.com: and not a guy

w.     2019-12-02 12:37:32 djk68068@gmail.com: do u cam

x.     2019-12-02 12:48:24 djk68068@gmail.com: ?

y.     2019-12-02 12:49:03 1mommyanddaddy469@gmail.com:

z.     2019-12-02 13:00:22 djk68068@gmail.com: that was you dear?

aa.    2019-12-02 13:07:53 djk68068@gmail.com: yes?

bb.    2019-12-02 13:14:18 djk68068@gmail.com:

cc.    2019-12-02 13:14:33 djk68068@gmail.com: are u here?

dd.    2019-12-02 13:14:54 djk68068@gmail.com: ?

ee.    2019-12-02 13:34:54 djk68068@gmail.com: are you hear?

ff.    2019-12-02 13:51:19 djk68068@gmail.com: ?

gg.     2019-12-02 14:28:39 djk68068@gmail.com: did you like the pic of my

daughter?

hh.     2019-12-02 14:33:06 djk68068@gmail.com: are u here?

ii.     2019-12-02 15:35:06 djk68068@gmail.com: when will your step

daughter be home?

jj.     2019-12-02 15:50:03 djk68068@gmail.com: do you want to see

another of my daughter?

kk.     2019-12-02 19:13:36 djk68068@gmail.com: do you have more pics of

you 2?

ll.     2019-12-03 00:34:53 djk68068@gmail.com: hi

mm.     2019-12-03 10:25:00 djk68068@gmail.com: good morning

nn.     2019-12-03 13:27:05 1mommyanddaddy469@gmail.com: Morning

oo.     2019-12-03 13:55:12 1mommyanddaddy469@gmail.com: [ The notes

do not show any file, but the data in the folder Hangout_

mommyanddaddy469@gmail.com ● dave j" reflects this is associated with File

"2019-12-03" which depicts a black dog performing cunnilingus on an adult

female. ]

pp.     2019-12-03 15:43:26 djk68068@gmail.com: very hot that was your

dog?

qq.     2019-12-03 15:45:04 1mommyanddaddy469@gmail.com: No

rr.     2019-12-03 15:45:12 djk68068@gmail.com: was it you?

ss.     2019-12-03 15:45:45 1mommyanddaddy469@gmail.com: No. Can I see more of your daughter?

tt.     2019-12-03 15:46:15 1mommyanddaddy469@gmail.com: [ The notes do not show any file, but the data in the folder Hangout_mommyanddaddy469@gmail.com ● dave j" reflects this is associated with File "2019-12-03(1)" which is a video file that depicts a small child performing cunnilingus on an adult female.  The video does show the child's face.  The spreadsheet associated with this file reflects the "Photo Taken date/time" is June 6, 2019, 9:45:21 PM UTC.  The spreadsheet also notes the "Creation date/time" is December 3, 2019 at 3:46:14 PM UTC. ]

uu.     2019-12-03 15:46:58 djk68068@gmail.com: was that you?

vv.     2019-12-03 15:47:46 1mommyanddaddy469@gmail.com: Yes

ww.     2019-12-03 15:48:04 djk68068@gmail.com: you made her kiss it?

xx.     2019-12-03 15:48:27 1mommyanddaddy469@gmail.com: No. I was playing and she wanted to

yy.     2019-12-03 15:48:43 djk68068@gmail.com: feel good

zz.     2019-12-03 15:51:13 djk68068@gmail.com:

aaa.    2019-12-03 15:51:40 1mommyanddaddy469@gmail.com: Yes

bbb.    2019-12-03 15:51:55 1mommyanddaddy469@gmail.com: Omg I want her little lips on my pussy

ccc.    2019-12-03 15:52:03 djk68068@gmail.com: me 2

ddd.    2019-12-03 15:52:24 1mommyanddaddy469@gmail.com: Anymore of her?

eee.    2019-12-03 15:52:52 djk68068@gmail.com: yes do you have more of you and your step daughter?

fff.    2019-12-03 15:56:37 djk68068@gmail.com:

ggg.    2019-12-03 15:57:22 1mommyanddaddy469@gmail.com: Any with less on...?

hhh.    2019-12-03 15:57:29 djk68068@gmail.com: no

iii.    2019-12-03 15:57:34 djk68068@gmail.com: sry

jjj.    2019-12-03 15:58:12 djk68068@gmail.com:

kkk.    2019-12-03 15:59:01 1mommyanddaddy469@gmail.com: [ The notes do not show any file, but the data in the folder Hangout_1mommyanddaddy469@gmail.com ● dave j" reflects this is associated with file "2019-12-03(2) which depicts a brown dog performing cunnilingus on an adult female.  The female is only shown from the waist down.  The spreadsheet related to        this file reflects the "Photo Taken date/time" as May 13, 2019, 4:13:48 AM UTC.  The spreadsheet associated with this file depicts someone created this file on December 3, 2019 at 3:59:00 PM UTC. The document shows a "Modification date/time" as January 9, 2020 at 6:43:33 PM UTC.  The EXIF Latitude for the file is 40.704 and EXIF Longitude is 90.0981.  I entered these coordinates into Google maps and the address shows 35361 N Fennessy St, Farmington, IL 61531.

lll.    2019-12-03 16:01:26 djk68068@gmail.com: are you rubbing now

mmm. 2019-12-03 16:03:06 1mommyanddaddy469@gmail.com: Any young kids?

nnn.    2019-12-03 16:03:11 djk68068@gmail.com: no

73.    The next hangout folder I reviewed is "Hangout_ Bob Bob ● John And Jenn Haynes."  This folder contained three video files and three associated spreadsheets.

a.    File "2019-12-03" is video file depicting an adult male having sex with a female.  Because of the quality of the video, I cannot determine or estimate the female's age.

1.    The associated spreadsheet reflects the "Create date/time" for this file is December 3, 2019 at 4:31:32 PM UTC

b.    File "2019-12-03(1)" which is a video file that depicts a small child performing cunnilingus on an adult female.  The video does show the child's face.

1.    The spreadsheet associated with this file reflects the "Photo Taken date/time" is June 6, 2019, 9:45:21 PM UTC.  The spreadsheet also notes the "Creation date/time" is December 3, 2019 at 4:31:43 PM UTC.

c.    File "2019-12-03(2)" depicts an adult male repeatedly inserting his erect penis into the opening of a prepubescent male's anus.

1.      The spreadsheet associated with this file reflects the "Photo

Taken date/time" is June 6, 2019, 9:18:35 PM UTC.  The spreadsheet also

notes the "Creation date/time" is December 3, 2019 at 4:31:50 PM UTC.

74.     Because I know these files are associated with the chats between user

1mommyanddaddy469 and user John and Jenn Haynes, I reviewed the chats Google

provided before continuing to review the other photo folders.  Below are the chats

between the user 1mommyanddaddy469 and the user johnjennhaynes@gmail.com:

a.      2019-12-03 15:47:59 johnjennhaynes@gmail.com:

b.      2019-12-03 15:47:59 johnjennhaynes@gmail.com:

c.      2019-12-03 15:47:59 johnjennhaynes@gmail.com:

d.      2019-12-03 15:47:59 johnjennhaynes@gmail.com:

e.      2019-12-03 15:48:03 1mommyanddaddy469@gmail.com: Hi there

f.      2019-12-03 15:48:03 1mommyanddaddy469@gmail.com:

g.      2019-12-03 15:52:50 johnjennhaynes@gmail.com:

h.      2019-12-03 15:52:50 johnjennhaynes@gmail.com:

i.      2019-12-03 15:52:54 johnjennhaynes@gmail.com: Hi

j.      2019-12-03 15:55:44 1mommyanddaddy469@gmail.com:

k.      2019-12-03 15:55:53 1mommyanddaddy469@gmail.com: What are

you doing right now?

l.      2019-12-03 16:02:06 johnjennhaynes@gmail.com: Working. Who this

m.      2019-12-03 16:02:22 1mommyanddaddy469@gmail.com:

Mommyanddaddy469@g

n.      2019-12-03 16:02:29 1mommyanddaddy469@gmail.com: On chathour

o.      2019-12-03 16:04:44 johnjennhaynes@gmail.com: O ok. So what up

p.      2019-12-03 16:05:08 johnjennhaynes@gmail.com:

q.      2019-12-03 16:05:44 1mommyanddaddy469@gmail.com: Trying to cum

r.      2019-12-03 16:06:44 johnjennhaynes@gmail.com:

s.      2019-12-03 16:06:58 johnjennhaynes@gmail.com:

t.      2019-12-03 16:07:04 johnjennhaynes@gmail.com: Does that help

u.      2019-12-03 16:07:50 1mommyanddaddy469@gmail.com: Are you alone?

v.      2019-12-03 16:08:23 johnjennhaynes@gmail.com: No y. You can send anything

w.      2019-12-03 16:17:43 1mommyanddaddy469@gmail.com: Who is around?

x.      2019-12-03 16:18:16 1mommyanddaddy469@gmail.com:

y.      2019-12-03 16:18:17 1mommyanddaddy469@gmail.com:

z.      2019-12-03 16:18:19 1mommyanddaddy469@gmail.com:

aa.     2019-12-03 16:18:20 1mommyanddaddy469@gmail.com:

bb.     2019-12-03 16:18:21 1mommyanddaddy469@gmail.com:

cc.     2019-12-03 16:18:22 1mommyanddaddy469@gmail.com:

dd.     2019-12-03 16:18:23 1mommyanddaddy469@gmail.com:

ee.       2019-12-03 16:18:24 1mommyanddaddy469@gmail.com:

ff.       2019-12-03 16:18:59 1mommyanddaddy469@gmail.com: You like?

gg.       2019-12-03 16:23:30 1mommyanddaddy469@gmail.com: No?

hh.       2019-12-03 16:25:16 johnjennhaynes@gmail.com: Yes

ii.       2019-12-03 16:27:54 johnjennhaynes@gmail.com: Omg very yummy.

jj.       2019-12-03 16:30:18 1mommyanddaddy469@gmail.com: Got any for me?

kk.       2019-12-03 16:31:33 1mommyanddaddy469@gmail.com: [ The notes do not show any file, but the data in the folder Hangout_ Bob Bob ● John And Jenn Haynes reflects this is associated with file "2019-12-03" is video file depicting an adult male having sex with a female.  Because of the quality of the video, I cannot determine or estimate the female's age.  The associated spreadsheet reflect the "Create date/time" for this file is December 3, 2019 at 4:31:32 PM UTC. ]

ll.       2019-12-03 16:31:44 1mommyanddaddy469@gmail.com: [ The notes do not show any file, but the data in the folder Hangout_ Bob Bob ● John And Jenn Haynes reflects this is associated with file "2019-12-03(1)" which is a video file that depicts a small child performing cunnilingus on an adult female.  The video does show the child's face.  The spreadsheet associated with this file reflects the "Photo Taken date/time" is June 6, 2019, 9:45:21 PM UTC.  The spreadsheet also notes the "Creation date/time" is December 3, 2019 at 4:31:43 PM UTC. ]

mm.   2019-12-03 16:31:51 1mommyanddaddy469@gmail.com: [ The notes do not show any file, but the data in the folder Hangout_ Bob Bob ● John And Jenn Haynes reflects this is associated with file "2019-12-03(2)" depicts an adult male repeatedly inserting his erect penis into the opening of a prepubescent male's anus.  The spreadsheet associated with this file          reflects the "Photo Taken date/time" is June 6, 2019, 9:18:35 PM UTC.  The spreadsheet also notes the "Creation date/time" is December 3, 2019 at 4:31:50 PM UTC. ]

nn.   2019-12-03 16:33:13 johnjennhaynes@gmail.com: I've got a couple. Itll have to be later. I'll have get to them I'm a handyman and at work right now

oo.   2019-12-03 16:33:17 johnjennhaynes@gmail.com: Omg

pp.   2019-12-03 16:35:19 1mommyanddaddy469@gmail.com: Any babies?

qq.   2019-12-03 16:38:33 johnjennhaynes@gmail.com: Maybe

rr.   2019-12-03 16:39:13 1mommyanddaddy469@gmail.com: Can I see your daughter?

ss.   2019-12-03 16:42:08 johnjennhaynes@gmail.com: Later

tt.   2019-12-03 16:42:16 johnjennhaynes@gmail.com: I'm working

uu.   2019-12-03 17:32:48 johnjennhaynes@gmail.com: Omg love them

vv.   2019-12-04 00:46:12 johnjennhaynes@gmail.com:

ww.   2019-12-04 00:46:19 johnjennhaynes@gmail.com:

xx.   2019-12-04 00:46:35 johnjennhaynes@gmail.com:

yy.    2019-12-04 00:47:12 johnjennhaynes@gmail.com: I've got some vids but having a hard time transferring

zz.    2019-12-04 01:22:52 johnjennhaynes@gmail.com:

aaa.    2019-12-04 01:23:36 johnjennhaynes@gmail.com: Man I hope your not a cop

75.    The next hangout folder I reviewed is "Hangout_ Bob Bob ● Robert Cox." This folder contains one image file, three video files and four spreadsheets associated with the files.

a.    File "2019-12-03.jpg" depicts an adult male's erect penis.

1.    The spreadsheet associated with this file reflects the "Photo Take date/time" is December 3, 2019, 7:33:36 AM UTC.  The "Creation date/time" is listed as December 3, 2019, 1:33:55 PM UTC.

b.    File "2019-12-03.mov" is a video file that depicts an adult male masturbating.  The male's face is not shown, but his white sock is.  The white sock has red line toward the toe area.

1.    The spreadsheet associated with this file reflects the "Photo Take date/time" is December 3, 2019, 1:41:30 PM UTC.  The "Creation date/time" is listed as December 3, 2019 at 1:43:59 PM UTC.

c.    File "2019-12-03(1).mov" is a video file that depicts an adult male masturbating.  The male's face is not shown, but his white sock is.  The white sock has red line toward the toe area.

1.      The spreadsheet associated with this file reflects the "Photo
Take date/time" is December 3, 2019, 1:51:48 PM UTC.  The "Creation
date/time" is listed as December 3, 2019 at 1:53:57 PM UTC.

d.      File "2019-12-03(2).mov" is a video file that depicts a black dog
performing cunnilingus on an adult female.  The female is only shown from the
waist down.

1.      The spreadsheet related to this file reflects the "photo taken
date/time" is June 6, 2019, 9:18:42 PM UTC.  The spreadsheet also notes
the "Creation date/time" is December 3, 2019 at 1:54:54 PM UTC.

76.     Because I know these files are associated with the chats between user
1mommyanddaddy469 and user Robert Cox, I reviewed the chats Google provided
before continuing to review the other photo folders.  Below are the chats between the
user 1mommyanddaddy469 and the user rcox2592@gmail.com:

a.      2019-12-03 13:27:52 rcox2592@gmail.com:

b.      2019-12-03 13:27:52 rcox2592@gmail.com:

c.      2019-12-03 13:27:52 rcox2592@gmail.com:

d.      2019-12-03 13:27:52 rcox2592@gmail.com:

e.      2019-12-03 13:27:56 1mommyanddaddy469@gmail.com: Hi

f.      2019-12-03 13:27:56 1mommyanddaddy469@gmail.com:

g.      2019-12-03 13:29:12 rcox2592@gmail.com:

h.      2019-12-03 13:29:37 rcox2592@gmail.com:

i.      2019-12-03 13:29:47 rcox2592@gmail.com:

j.      2019-12-03 13:30:55 1mommyanddaddy469@gmail.com:

k.      2019-12-03 13:31:05 1mommyanddaddy469@gmail.com: Mmm

l.      2019-12-03 13:32:09 1mommyanddaddy469@gmail.com: Wyd?

m.      2019-12-03 13:32:14 rcox2592@gmail.com:

n.      2019-12-03 13:32:15 rcox2592@gmail.com:

o.      2019-12-03 13:32:16 rcox2592@gmail.com:

p.      2019-12-03 13:32:18 rcox2592@gmail.com:

q.      2019-12-03 13:32:19 rcox2592@gmail.com: Send that dick daddy

r.      2019-12-03 13:33:55 1mommyanddaddy469@gmail.com:

s.      2019-12-03 13:34:02 1mommyanddaddy469@gmail.com: Are you all by yourself?

t.      2019-12-03 13:34:16 rcox2592@gmail.com: No but damn

u.      2019-12-03 13:34:44 1mommyanddaddy469@gmail.com: Who with you?

v.      2019-12-03 13:35:39 rcox2592@gmail.com: Family

w.      2019-12-03 13:36:20 rcox2592@gmail.com:

x       2019-12-03 13:37:05 1mommyanddaddy469@gmail.com: In the room with you?

y.      2019-12-03 13:37:56 rcox2592@gmail.com: Yeah

z.      2019-12-03 13:38:06 1mommyanddaddy469@gmail.com: Who is there?

aa.       2019-12-03 13:38:42 rcox2592@gmail.com: Family send you jerking off

bb.       2019-12-03 13:39:31 1mommyanddaddy469@gmail.com: Do you have any kids?

cc.       2019-12-03 13:40:12 rcox2592@gmail.com: A sub

dd.       2019-12-03 13:40:13 rcox2592@gmail.com: Son

ee.       2019-12-03 13:40:23 1mommyanddaddy469@gmail.com: How old is he?

ff.       2019-12-03 13:42:10 rcox2592@gmail.com: 10

gg.       2019-12-03 13:43:59 1mommyanddaddy469@gmail.com: [ The notes do not show any file, but the data in the folder Hangout_ Bob Bob ● Robert Cox reflects this is associated with file "2019-12-03.jpg" depicts an adult male's erect penis.  The spreadsheet associated with this file reflects the "Photo Take date/time" is December 3, 2019, 7:33:36 AM UTC.  The "Creation date/time" is listed as December 3, 2019, 1:33:55 PM UTC. ]

hh.       2019-12-03 13:45:08 rcox2592@gmail.com: Cum daddy

ii.       2019-12-03 13:45:44 1mommyanddaddy469@gmail.com: Help me cum.

jj.       2019-12-03 13:46:05 1mommyanddaddy469@gmail.com: Where is he at?

kk.       2019-12-03 13:50:29 1mommyanddaddy469@gmail.com: You there?

ll.     2019-12-03 13:53:57 1mommyanddaddy469@gmail.com: [ The notes

do not show any file, but the data in the folder Hangout_ Bob Bob ● Robert Cox

reflects this is associated with file "2019-12-03(1).mov" is a video file that depicts

an adult male masturbating.  The male's face is not shown, but his white sock is.

The white sock has red line toward the toe area. The spreadsheet associated with

this file reflects the "Photo Take date/time" is December 3, 2019, 1:51:48 PM

UTC.  The "Creation date/time" is listed as December 3, 2019 at 1:53:57 PM UTC.

]

mm.    2019-12-03 13:54:54 1mommyanddaddy469@gmail.com:

nn.     2019-12-03 13:54:54 1mommyanddaddy469@gmail.com:

oo.     2019-12-03 14:02:43 1mommyanddaddy469@gmail.com: Hello?

pp.     2019-12-08 22:40:55 rcox2592@gmail.com:

77.     In the folder "1mommyanddaddy469.Photos.Albums" I observed another

folder titled, "Hangout: Bob Bob ● John And Jenn Haynes."  This folder contains several

files depicting children engaged in sexual conduct.  Many of these files are the files

listed in the CTR related to the Google account 1mommyanddaddy469@gmail.com.

a.      Within this folder is a spreadsheet that reflects the dates and times

related to these files.  I am concluding, based on the chat records between

1mommyanddaddy and johnjennhaynes@gmail.com.  The spreadsheet reflects

many of the "Creation date/time" is December 03, 2019.


**SPRINT'S RESPONSE TO DHS SUMMONS**

78.     In response to a DHS summons, Sprint reported that telephone number 309-340-5389 was subscribed to Sebastian Sale of 816 S. Blain Street in Peoria, Illinois from February 22, 2017 to May 8, 2018.

79.  Sprint also reported that telephone number 309-404-5225 is subscribed to Sebastian Sale of 213 N. Saratoga Street in Peoria, Illinois from October 19, 2019 to the report date, which is on or about March 4, 2020.

## CYBERTIPLINE REPORT # 60824387 – SNAPCHAT

80.     Snapchat is a mobile application made by Snap Inc. and is available through the iPhone App Store and Google Play.  The application provides a way to share moments with photos, videos, and text. Snapchat's differentiating feature from other communications is that once the sender is able to set a variable amount of time the message is viewable by the receiver.  This time can be between one and ten seconds.  At the expiration of the time, the message is deleted from Snapchat's servers.  Similarly, the message disappears from the user's devices.  If the receiver of a Snapchat message does not access the application on their device the message remains undelivered. Snapchat stores undelivered messages for 30 days.  After 30 days the messages are deleted from the company's servers.

81.     Snapchat users have the following abilities:

a.      Snaps:  A user takes a photo or video using their camera phone in real-time and then selects which of their friends to send the message to.  Pictures and videos can also be sent from the saved pictures/videos in the gallery of the

device.  Unless the sender or recipient opts to save the photo or video, the message will be deleted from their devices (after the content is sent in the case of the sender and after it's opened in the case of the recipient).  Users are able to save a photo or video they've taken locally to their device or to Memories, which is Snapchat's cloud-storage service.

b.      Stories:  A user can add or video snaps to their "Story."  Depending on the user's privacy settings, the photos and videos added to a Story can be viewed by either all Snapchatters or just the user's friends for up to 24 hours. Stories can also be saved in Memories.  Our Stories is a collection of user submitted snaps from different locations and events.  A Snapchat user, with the location services of their device turned on, can contribute to a collection of snaps regarding the event.

c.      Memories:  Snapchat's cloud-storage service. Users can save their sent or unsent Snaps, posted Stories, and photos and videos from their phone's photo gallery in Memories. A user can also edit and send Snaps and create Stories from these Memories. Snaps, Stories, and other photos and videos saved in Memories are backed up by us and may remain in Memories until deleted by the user.

d.      Chat: A user can also type messages, send photos, videos, audio notes, and video notes to friends within the Snapchat app using the Chat feature. A user sends a Chat message to a friend, and once it is viewed by both parties – and both parties swipe away from the Chat screen – the message will be cleared.

Within the Snapchat app itself, a user can opt to save part of the Chat by tapping on the message that they want to keep. The user can clear the message by tapping it again.

e.      Snapcash:  Snapchat also offers a money transfer service called Snapcash. Users are able to transfer up to $2,500 per week using this service. Snapcash transactions are only permitted using Visa and Mastercard debit cards issued by a United States Financial Institution. Money transfers can only occur if the sender and receiver both have Snapchat installed and have linked an appropriate debit card to their accounts. To facilitate these transactions, Snapchat retains information about the method and source of payment including debit card information such as the card number, expiration date, CVV security code, and billing address zip code. Additionally, the company may have the date of birth and social security number of those involved in money transfers.

82.    Information that Snapchat possess and maintains:

a.      Personally Identifying Information:  When a user creates an account they make a unique Snapchat username. This is the name visible to other Snapchat users. A user also enters a data of birth. This is supposed to prevent anyone under the age of 13 from using Snapchat. An email address is required to register a Snapchat account. A new user also has to provide a mobile phone number. This phone number is verified during the registration process. Snapchat sends an activation code that must be entered before proceeding with the registration step. However, a user may elect to bypass entering a phone number

so one may not always be present in the user's account. Snapchat also retains the

account creation date

b.      Usage Information:  While a Snapchat message may disappear, the

record of who sent it and when still exists. Snapchat records and retains log files

and information that is roughly analogous to the call detail records maintained

by telecommunications companies. This includes the date, time, sender, and

recipient of a snap. Additionally, Snapchat stores the number of messages

exchanged, which users they communicate with the most, message status

including if and when the message was opened, and whether the receiver used

the native screen capture function of their device to take a picture of the snap

before it disappeared.

c.      Device Information: Snapchat stores device information such as the

model, operating system, operating system version, mobile device phone

number, and mobile network information of devices used in conjunction with the

service. They also collect unique device identifiers such as the Media Access

Control (MAC) address and the International Mobile Equipment Identifier

(IMEI) or Mobile Equipment Identifier (MEID) of devices used to access

Snapchat.

d.      Device Phonebook and Photos: If a user consents, Snapchat can

access from their device's electronic phonebook or contacts list and images.

e.      Financial information: Snapchat retains information about the

method and source of payment of customers who use the Snapcash service. This

includes debit card information such as the card number, expiration date, CVV security code, and billing address zip code. Additionally, the company may have the date of birth and social security number of those involved in money transfers. Snapcash generate a receipt for any transaction. The receipts are programmed to automatically delete after the sender and recipient have seen the message and swiped out of the Chat screen, unless either taps to save the message. Snapchat maintains transactional records for ten days. These records include information about the sender and receiver, the transaction amount, and date/time stamps of when the message was sent, received, and opened.

      f.      Message Content:  A phrase used by Snapchat is 'delete is our default.' Snapchat deletes a snap once it has been viewed. If the message is not read, because the user has not opened up the application, the message is stored for 30 days before being deleted. However, just because the snap no longer appear to the user, doesn't necessarily mean they are gone.  For example, Snapchat has a feature called Replay.  This allows users to view a previously viewed snap once per day.  This feature is disabled by default and the user must opt-in to use Reply.  Also, if a Snapchat user posts an image or video to the MyStory feature it can be viewed by their friends for 24 hours. If the user posted to the Our Stories feature, the snaps are archived and can be viewed through Snapchat.

83.     On March 9, 2020, I received notification from the Illinois Attorney General's Office that I've been assigned a new Cybertipline Report (CTR) to investigate. I accessed the ICAC Data system and downloaded the data for CTR 60824387.

84.     The CTR noted The National Center for Missing and Exploited Children (NCMEC) received a report from Snapchat at 1:11:03 UTC on December 9, 2019.  The report reflects that Snapchat user "mommyanddad469" introduced apparent child pornography to Snapchat at 1:11:03 UTC on December 9, 2019.

85.     The CTR also noted, "Incident Type: Apparent Child Pornography NCMEC Incident Type is based on NCMEC's review of the report OR a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP. NCMEC staff have viewed one or more of the files submitted with this CyberTipline report and have categorized one or more of the files as designated in the Incident Type. Please see Section C for additional information related to the files that were viewed and categorized by NCMEC."

86.     The CTR noted the following about the user:

        a.      Date of Birth: 12-19-1990 (Note: This is Sebastian Sale's date-of-birth)

        b.      Email Address: mommyanddaddy469@gmail.com

        c.      Screen/User Name: mommyanddad469

        d.      IP Address: 73.210.16.176

        e.      12-08-2019 21:58:06 UTC

87.     The CTR reflects the user uploaded three files.  I described the files below, which are listed below by the Filename, MD5 hash value, Submittal ID, Original Filename Associated with File, whether or not Snapchat viewed the entire contents of the uploaded file, and whether or not the contents of the uploaded files were publicly available.

    a.    **Filename: c8fabcd7-074c-4465-acaa-2482f835d09b_CHAT_MEDIA_1575206352727.jpeg**

MD5: cdb572cd423ddf6f93b41c455f516593

Submittal ID: d2c0ba40fcfab8c15c5d8db8f9034c22

Did Reporting ESP view entire contents of uploaded file? (Information Not Provided by Company)

Were entire contents of uploaded file publicly available? Yes

    b.    **Filename: c8fabcd7-074c-4465-acaa 2482f835d09b_CHAT_MEDIA_1574774914731.jpeg**

MD5: 197d89b8738d124b722aba7a68f125d2

Submittal ID: 4c239e63aa6d51c9a4a0276b64fb0fc1

Did Reporting ESP view entire contents of uploaded file? (Information Not Provided by Company)

Were entire contents of uploaded file publicly available? Yes

    c.    **Filename: c8fabcd7-074c-4465-acaa-2482f835d09b_CHAT_MEDIA_1575559616416.jpeg**

MD5: cdb572cd423ddf6f93b41c455f516593

Submittal ID: 81a5a2f98359eebec5179dabe0df7060

Did Reporting ESP view entire contents of uploaded file? (Information Not Provided by Company)

Were entire contents of uploaded file publicly available? Yes

88.     I reviewed the files. Each of the three files depicts a child engaging in sexual explicit conduct to include sexually explicit contact between and adult and a prepubescent minor.

**SNAP INC., RESPONSE TO FEDERAL SEARCH WARRANT 20-MJ-6047**

89.     On March 16, 2020, I obtained a search warrant (20-MJ-6047) relating to the Snapchat account "mommyanddad469" from the United States District Court for the Central District of Illinois. I submitted this search warrant to Snap Inc., on March 17, 2020.

90.     On March 17, 2020, I received notification from Snap Inc., that they provided the data sought in search warrant 20-MJ-6047.  I downloaded the data and reviewed it.  In my review, the user "Mommyanddad469" sends and receives files depicting children engaged in sexual contact with adults from several users.

91.     From my review of the data, I noted the following:

        a.     On Monday, April 29, 2019, User "Mommyanddad469" tells the user "Variant_Jasmi19" that he is 28 years old.

                1.     At the time of this message, Sebastian Sale would have been 28-years old.

b.      On Monday, April 29, 2019, User "Mommyanddad469" tells the user "Variant_Jasmi19" that he is from Illinois.

c.      On Thursday, December 5, 2019, User "Mommyanddad469" sends the user "j.wells15," a video that depicts a prepubescent male child having vaginal sex with a female.  The MD5 hash value is CB24826123AF717A939604DE3EFB4846.  The file name in the data is listed as "chat~media_v4~2019-12-05-15-28-30UTC~mommyanddad469~j.wells15~saved~18096f60-9bf2-9b46-0125-7184bd4fc563~v4.mp4."

d.      On Thursday, December 5, 2019, User "Mommyanddad469" sends the user "j.wells15," a video that depicts an adult female using her right hand to rub a female the vagina of a female who is approximately 10-years old.  The child is not wearing any clothes.  The female child does not have any pubic hair.  The MD5 hash value is D35EA6AA1B5BF05E0B7EE6FC2EE1A796.  The file name in the data is listed as "chat~media_v4~2019-12-05-15-28-07UTC~mommyanddad469~j.wells15~saved~4bd8451f-6d0b-6086-32e6-ec88313fe91a~v4.mp4."

e.      In a conversation with chat user "lilikittababy," the user "Mommyanddad469" asked, "Do you wanna see a guy having sex with a baby?" Then the user "Mommyanddad469" sends a video depicting a video that depicts a prepubescent male child having vaginal sex with a female.  The MD5 hash

value is 345351FFE56C5DD0583E0AF7BFECBCEC. The file name in the data is listed as, "chat~media_v4~2019-06-05-20-09-22UTC~mommyanddad469~lilikittababy~saved~e6c87e26-aa43-2909-2fdd-5bdf625f36a5~v4.mp4." User "Mommyanddad469" sent this file on June 5, 2019.

      f.      In a conversation on whether user "mommyanddad469" has a girlfriend, the user "mommyanddad469" tells the user "lilikittababy" that his girlfriend, "She wants to help me fuck a little girl though... your ass still out?" This occurred on June 6, 2019.

      g.      On June 5, 2019, the user "lilikittababy" tells the user "mommyanddad469" that she is 14-years old. Throughout their conversation, user "mommyanddad469" sends user "lilikittababy" several files depicting children engaged in sexual contact.

      h.      On June 7, 2019, user "lilikittababy" sends the user "mommyanddad469," a video of her a female masturbating while urinating. Before sending the video, the user sends the following message to the user "mommyanddad469," "I made something for you daddy." Leading up to this, user "mommyanddad469" specifically asked user "lilikittababy" if she will "Fuck your pussy while you're peeing" and "have you ever played in your pee?" The file name is listed as chat~media_v4~2019-06-07-15-17-03UTC~lilikittababy~mommyanddad469~saved~882519d2-3c6c-43ad-89b4-e2be87b6ecbc~v4.mp4. The MD5 hash value is

AFBD67E2FDC681DC8B0162B3889AFC8B.  User "lilikittababy" indicated she

lives near the Dells in Wisconsin with her mother and father.

      i.        On June 7, 2019, the user "lilikittababy" sends the user

"mommyanddad469," a video of a female masturbating and inserting the end of

a hairbrush into her vagina.  The MD5 hash value is

9D89C42A47CD315804A1F184F42DFF08.  The file name is chat~media_v4~2019-

06-07-16-26-00UTC~lilikittababy~mommyanddad469~saved~69057805-cb09-

4b73-919a-b829dbcc8267~v4.mp4.

      j.        On June 7, 2019, user "lilikittababy" sends user

"mommyanddad469," a video of a female masturbating with an electronic

massager.  The file name is chat~media_v4~2019-06-07-17-02-

27UTC~lilikittababy~mommyanddad469~saved~beb08e9d-2f63-47d7-abbe-

ce1cb6669966~v4.mp4.  The MD5 hash value is

C8DBB5F6A82C596C570E5E539987BE54.

      k.        On June 10, 2019, the user "mommyanddad469" tells the user

"lilikittababy," "I was assaulted yesterday, and I might have a broken face%2C a

concussion or worse..."

           1.        According to Peoria Police Report 19-00012152, the property

           owner at 213 N. Saratoga got into a fight with Sebastian Sale and Timothy

           Reeland.  The date listed on the report is June 9, 2010.

      l.        User "mommyanddad469" sends user "lilikittababy" a Mega link

when user "lilikittababy" asked for "doggy videos."

m.      User "mommyanddad469" sends the user "messy.time" a video of someone using their fingers to massage the penis of an infant child. The MD5 hash value is 648268A54A87819640622ACDE742C2CC.  The file name is chat~media_v4~2019-11-30-09-48-04UTC~mommyanddad469~messy.time~saved~533a6a91-a967-a692-e929-be5a640a4f80~v4.mp4.  User "mommyanddad469" sent this file on November 30, 2019.

n.      In a conversation with user "booboo9678," "User "mommyanddad469" sends a Dropbox link (https://www.dropbox.com/sh/t1l4wqijrx5suv0/AAAQDC6E4WGwyQCoXNG-Qa44a?dl=0).  User "mommyanddad469" sent this in response to user "booboo9678," asking for user "mommyanddad469" to send more.  User "mommyanddad469" had already sent user "booboo9678," a file depicting a small female child performing oral sex on an adult female.

o.      On June 5, 2019, user "mommyanddady469" sends user "lilikittababy" a digital image depicts a toddler shown with both of his/her hands around an adult male's erect penis.  The MD5 hash value of this file is E376EE24CF3E765C7842EE002F44CB26.  The file name is chat~media_v4~2019-06-05-20-27-50UTC~mommyanddad469~lilikittababy~saved~b26f1cd2-735c-de25-54b4-b059df1a4d65~v4.jpg.

**FEDERAL SEARCH WARRANT 20-MJ-6051 AT 1450 SUMMIT DRIVE (APARTMENT 4) IN PEKIN, ILLINOIS**

92.     On March 24, 2020, I and other law enforcement officers executed federal search warrant 20-mj-6051 at 1450 Summit Drive (Apartment 4) in Pekin, Illinois, which is the home of Sebastian Sale and Rachel M. Miller.

93.     Subsequently, I interviewed Sebastian at the Washington Police Department (WPD).  I informed Sebastian that he is being detained, and I advised him of his Miranda Rights.  Sebastian signed a Miranda Waiver.

94.     During the interview with Sebastian, Sebastian disclosed that he and Rachel watch videos depicting children engaged in sexual activities together.  They have sex with each other while they watch these types of videos.

95.     I spoke with WPD Detective Steve Hinken, who interviewed Rachel at the apartment.  Rachel disclosed to Det. Hinken that she did engage in sexual contact with a dog at Sebastian's request.

96.     After interviewing Sebastian, Special Agent Eric Bowers and I returned to 1450 Summit Drive (Apartment 4) in Pekin and met with Rachel.  This occurred several hours after the execution of the search warrant.

97.     I knocked on the door, and Rachel answered.  I asked Rachel if we could come into her apartment and talk to her.  Rachel agreed and allowed Special Agent Bowers and me into her apartment.

98.     Rachel sat in a chair, similar to a recliner.  I asked Rachel if I could record our conversation.  Rachel agreed, and Special Agent Bowers activated a recording device and placed it in the open and near Rachel.

99.     I explained to Rachel that I arrested Sebastian for activities related to child pornography.  I also said to Rachel that Sebastian told us that she also watched child pornography with him.

100.    Rachel acknowledged having sex with Sebastian while they watched videos containing children engaging in sexual activities with Sebastian.

101.    Rachel stated she did have sex with a dog because Sebastian asked her to. She stated this occurred at Sebastian's mother's home in Farmington.  Rachel added that other times occurred when Sebastian allowed their dog to lick her.

102.    Rachel also disclosed that she produced a video of her performing oral sex on her son who was 1-year old at the time.  Rachel said this occurred around March of 2019, while she participated in an unsupervised visit at the Children's Home in Peoria, Illinois.

103.    Rachel stated that Sebastian has the video, and it is is probably on her phone and her computer.

104.    Rachel said she recorded the video because one of Sebastian's fantasies is seeing her have sex with her children.  Rachel added that she performed the oral sex on her son as a surprise to Sebastian.

105.    Rachel stated she does not remember what type of phone she used to record herself performing oral sex on her son.

106.    Rachel said it was just her and her son in the room.  Sebastian was not present.

107.    Rachel stated she showed the video to Sebastian on her phone.  Sebastian used Rachel's cell phone to send it to himself through e-mail.

108.    Rachel added that she and Sebastian had sex after watching the video she produced.

109.    Rachel also disclosed that Sebastian performed oral sex on a male child (who is believed to be between 12 and 24-months in age) at their apartment in Pekin. Rachel stated she recorded this using her LG Stylo 5 cell phone.  Rachel stated this occurred in January of 2020.

110.    Rachel stated Sebastian has asked her to have sex with her children. Rachel said she has not done so but probably would if Sebastian really wants her to. Rachel stated she would also allow Sebastian to have sex with her children if he really wants to.

111.    Rachel stated her four boys are all under 10-years old.

112.    Rachel agreed to go to the WPD with myself and Special Agent Bowers.

113.    When we arrived at the WPD, I advised Rachel of her Miranda Rights and advised her that I am audio and video recording the interview.  Rachel signed a Miranda Waiver.

114.    I showed Rachel a video that Sebastian sent to the user "messy.time" on Snapchat.  Rachel identified this is the video depicting her performing oral sex on her son at the Children's Home in Peoria.

  a.  According to records provided by Snap INC., Sebastian sent this at 9:48:04 UTC on November 30, 2019.

  b.  The MD5 hash value is 648268A54A87819640622ACDE742C2CC.

  c.  The filename given by Snap Inc., is chat~media_v4~2019-11-30-09-48-04UTC~mommyanddad469~messy.time~saved~533a6a91-a967-a692-e929-be5a640a4f80~v4.mp4.

  d.  I reviewed this video and observed someone using their fingers to massage the penis of an infant child.  The video did not show when Rachel performed oral sex.

115.  With Rachel's permission, I accessed her LG Stylo 5 cell phone and observed the video of Sebastian performing oral sex on an infant child.  In the video, the phone recording is left on.  The child grabs the phone and moves it around.  During this time, I can see two people in the video.  Those people appear to be Sebastian and Rachel.

  A.  The data associated with this video is January 20, 2020.

116.  The print on the LG Stylo 5 cell phone indicates this device was made in China.


Based on the aforementioned factual information, your affiant respectfully submits there is probable cause to believe that Rachel M. Miller has committed the offense of production of child pornography. Accordingly, a warrant for his arrest for

said violation should be issued.


THERE ARE NO FURTHER STATEMENTS.

s/Steven C Smith


_____
Steven C. Smith
Task Force Officer
Department of Homeland Security
Homeland Security Investigations


Sworn to me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d) on this 25th day of March, 2020.


s/Jonathan E. Hawley


Jonathan E. Hawley
United States Magistrate Judge